IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY VANA, | ) | Case No. 8:11CV278 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MIDLAND FUNDING LLC, A fictitious name d/b/a Encore Funding, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Pam Car, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **December 5, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning report and consent deadline is terminated upon the representation that this case is settled.

Dated this 3rd day of November 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge